IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE KIMBERLY JOHNSON,

                                              Bankruptcy Case Number
                                              18-80680-CRJ-13

    Debtor,

KIMBERLY JOHNSON,

    Plaintiff,

                                              Adversary Proceeding No.
v.                                           18-80046-CRJ

LEXINGTON LAW

    Defendants.

**NOTICE OF SERVICE OF DISCOVERY TO DEFENDANT**

On this date, the following discovery requests were served in the above styled action:

    Plaintiff, Kimberly Johnson's, Interrogatories, Request for Document Production, and Request for Admissions to the Defendant, Lexington Law

Dated: 5/9/2018                                  Respectfully submitted,

                                                      /s/ John C. Larsen_____
                                                      John C. Larsen
                                                      Attorney for the debtor/plaintiff,

OF COUNSEL:
LARSEN LAW P.C.
1733 Winchester Road
Huntsville, Alabama 35811
(256) 859-3008
john@jlarsenlaw.com

## CERTIFICATE OF SERVICE

  I certify that a copy of this Notice of Service of Discovery to Defendant was served on the following by placing a copy in the United States Mail, properly addresses with postage paid on May 9, 2018.

Lexington Law
Attn: John Heath, Directing Attorney
360 N. Cutler Dr.
North Salt Lake, UT 84054-2955


Lexington Law
2100 Southbridge Pkwy 650
Birmingham, AL 35209

                /s/ John C. Larsen